UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**RAFAEL FUENTES,**

    **Plaintiff,**

**v.**                                                                **Case No: 6:16-cv-1616-Orl-41DCI**

**ST. ABANOUB GROUP, INC.,**

    **Defendant.**

                                                        /

**ORDER**

THIS CAUSE is before the Court on the parties' Amended Joint Motion for Approval of Settlement Agreement ("Motion," Doc. 36). United States Magistrate Judge Daniel C. Irick submitted a Report and Recommendation (Doc. 38), recommending that the Court grant the Motion.

After a *de novo* review, and noting that no objections were timely filed, the Court agrees with the analysis in the Report and Recommendation, with the addition of the following caveat: to the extent that the Settlement Agreement purports to allow the parties to subsequently modify the Agreement, (*see* Doc. 36-1 ¶ 11), that language will be stricken, (*id.* ¶ 8 (severability provision)). Pursuant to *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1355 (11th Cir. 1982), any future modifications to the Settlement Agreement are unenforceable absent judicial approval.

Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 38) is **ADOPTED** and **CONFIRMED** as set forth herein.

2. To the extent the modification provision (Doc. 36-1 ¶ 11) purports to allow the Settlement Agreement to be modified without Court approval, it is **STRICKEN**.

3. The parties' Amended Joint Motion for Approval of Settlement Agreement (Doc. 36) is **GRANTED**; the Settlement Agreement, as amended by this Court, is **APPROVED**; and this case is **DISMISSED with prejudice**.

4. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on March 21, 2018.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record